HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
JONATHAN C. AMINOFF (Bar No. 259290)
(E-Mail: Jonathan_Aminoff@fd.org)
CELESTE BACCHI (Bar No. 307119)
(E-Mail: Celeste_Bacchi@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5374
Facsimile: (213) 894-0310

Attorneys for Defendant/Movant
LEZMOND CHARLES MITCHELL

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lezmond Charles Mitchell,<br>Defendant/Movant,<br>v.<br>United States of America,<br>Plaintiff/Respondent. | Civil No. 3:09-CV-08089-DGC<br>(Criminal No. 3:01-CR-01062-NVW-1)<br>**DEATH PENALTY CASE**<br>Honorable David G. Campbell<br>United States District Judge<br>**NOTICE OF APPEAL** |

Notice is hereby given that Movant Lezmond Charles Mitchell hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Order denying Mitchell's motion for relief from judgment, filed pursuant to Federal Rule of Civil Procedure 60(b)(6), entered on September 18, 2018. (Dkt. No. 80.)

No filing or docket fee is required because Movant is in forma pauperis and the Federal Public Defender represents him pursuant to the Criminal Justice Act.

Movant's notice of appeal is timely filed pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A).

///

The parties to the judgment and order are:

| | |
|---|---|
| Movant: | Lezmond Mitchell<br>Reg. No. 48685-008<br>USP Terre Haute<br>4700 Bureau Road South<br>Terre Haute, IN 94974 |
| Movant's Counsel: | Jonathan C. Aminoff<br>Celeste Bacchi<br>Deputy Federal Public Defenders<br>321 East 2nd Street<br>Los Angeles, CA 90012 |
| Respondent: | United States of America |
| Respondent's Counsel: | Vincent Q. Kirby<br>Assistant United States Attorney<br>Two Renaissance Square<br>40 N. Central Ave., Suite 1800<br>Phoenix, Arizona 85004 |

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: October 17, 2018

By */s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF
Deputy Federal Public Defender

Attorneys for Movant
LEZMOND CHARLES MITCHELL