UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

LEZMOND C. MITCHELL,

Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,

Respondent-Appellee.

C.A. No. 18-17031

D. Ct. Nos. CV-09-08089-PCT-DGC
CR-01-01062-PCT-DGC

**UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR A CERTIFICATE OF APPEALABILITY**

**DEATH PENALTY CASE**

Pursuant to Circuit Rule 22-1 and this Court's order dated October 25, 2018 the United States hereby moves this Court for a 30-day extension of time to file a response to Petitioner-Appellant's Motion for a Certificate of Appealability in the above-entitled matter from January 3, 2019 to and including February 2, 2019.

/ / /

/ / /

/ / /

This motion is supported by the attached Declaration of Vincent Q. Kirby, Assistant United States Attorney.

Respectfully submitted this 18th day of December, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/ Vincent Q. Kirby*
VINCENT Q. KIRBY
Assistant U.S. Attorney
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Attorneys for Appellee

DECLARATION

VINCENT Q. KIRBY hereby states:

1. I am the Assistant United States Attorney (AUSA) with primary responsibility for handling the response to the Motion for a Certificate of Appealability in this case;

2. This Court filed an order in the case on October 25, 2018 directing Respondent-Appellee to file a response to Petitioner-Appellant's Motion for a Certificate of Appealability by January 3, 2019;

3. An extension of time within which to file a response is necessary to allow supervisory review of the Government's response by the Appellate division in the District of Arizona. In addition, undersigned counsel has vacation scheduled from December 21, 2018 through January 2, 2019;

4. Given the upcoming holidays, a potential government shutdown and the need for supervisory review, and undersigned counsel being out of the office for 10-days, the United States requests a 30-day extension of time to file its response to the Motion for a Certificate of Appealability from January 3, 2019 to and including February 2, 2019;

5. No previous request for extension has been made by the United States; and

6. Jonathan C. Aminoff, counsel for Petitioner-Appellant Lezmond C. Mitchell, does not object to a 30-day extension of time.

7. That Defendant is presently in the custody of the Bureau of Prisons with no release date. This is a death penalty case.

Dated this 18th day of December, 2018.

*s/ Vincent Q. Kirby*
VINCENT Q. KIRBY
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/ Tammie R. Holm*
Tammie R. Holm
Legal Assistant
U.S. Attorney's Office