UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 20 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>LEZMOND C. MITCHELL, AKA Lezmond Charles Mitchell,<br><br>Defendant-Appellant. | No. 18-17031<br><br>D.C. Nos. 3:09-cv-08089-DGC<br>3:01-cr-01062-DGC-1<br>District of Arizona,<br>Prescott<br><br>ORDER |

Appellee's unopposed motion (Docket Entry No. 4) to extend the time to respond to the request for a certificate of appealability ("COA") is granted. The COA response is due on or before February 4, 2019. A COA reply is due within 14 days after service of the COA response.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT