UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 29 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LEZMOND C. MITCHELL, AKA Lezmond Charles Mitchell,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA,

Respondent - Appellee.

No. 18-17031

D.C. No. 3:09-cv-08089-DGC
U.S. District Court for Arizona, Prescott

**ORDER**

The opening brief submitted on August 28, 2019 is filed.

Within 7 days of this order, appellant is ordered to file 7 copies of the brief in paper format with blue covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/.

The Court has reviewed the excerpts of record submitted on August 28, 2019. Within 7 days of this order, appellant is ordered to file 4 copies of the excerpts in paper format securely bound on the left side, with white covers.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.

The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Khanh Thai
Deputy Clerk
Ninth Circuit Rule 27-7