FILED

SEP 10 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LEZMOND C. MITCHELL, AKA Lezmond Charles Mitchell,

Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,

Respondent-Appellee.

No. 18-17031

D.C. Nos. 3:09-cv-08089-DGC
3:01-cr-01062-DGC-1
District of Arizona,
Prescott

ORDER

Appellant Mitchell has filed a Motion for Stay of Execution. The briefing schedule is reset as follows. Appellee's answering brief and its response to the motion for stay of execution are both due September 27, 2019. Appellant's reply brief and his reply in support of his motion for a stay of execution are both due within 14 days after service of the answering brief and stay response. Any motion to extend time is disfavored.

AT THE DIRECTION OF THE COURT:

MOLLY C. DWYER
CLERK OF COURT