**U.S. Department of Justice**
United States Attorney
District of Arizona

Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449

Main: (602) 514-7500
Main Fax: (602) 514-7693

October 18, 2019

**FILED VIA ECF**

Molly Dwyer, Clerk of the Court
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, California 94103-1526

**Re:** ***Lezmond Charles Mitchell v. United States of America,*** No. 18-17031
D. Ct. Nos. 3:09-cv-08089-DGC, 3:01-cr-01062-DGC
Oral Argument Scheduled: December 13, 2019 at 2 p.m.
Courtroom 602, Sandra Day O'Connor U.S. Courthouse, Phoenix
FRAP 28(j) Citation of Supplemental Authorities

Dear Ms. Dwyer,

Pursuant to FRAP 28(j), the United States wishes to advise the Court of an additional citation relevant to the arguments at pages 31-32 and 35 of the Answering Brief, which cite *United States v. Birchette*, 908 F.3d 50, 55-60 (4th Cir. 2018).

In *Birchette*, the Fourth Circuit affirmed the district court's denial of a motion to interview jurors under the Eastern District of Virginia's Local Criminal Rule 24, which (like the District of Arizona's local rule) prohibits post-trial juror contact without a showing of good cause. *See id.*

The defendant in *Birchette* filed a petition for writ of certiorari in the United States Supreme Court. After the Answering Brief was filed, the Supreme Court denied certiorari. *See Birchette v. United States*, No. 18-8742, --- S.Ct. ----, 2019 WL 4921544 (U.S. Oct. 7, 2019). No Justice noted dissent from the denial of certiorari. *See id.*

I respectfully request that you distribute a copy of this letter to the members of the Court considering this case.

Respectfully,

MICHAEL BAILEY
United States Attorney
District of Arizona

KRISSA M. LANHAM
Deputy Appellate Chief

*s/ William G. Voit*
WILLIAM G. VOIT
Assistant United States Attorney

## CERTIFICATE OF COMPLIANCE

Pursuant to FRAP 28(j) and Circuit Rule 28-6, I hereby certify that the body of the foregoing letter does not exceed 350 words.

*s/ William G. Voit*
WILLIAM G. VOIT
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/ Melody Karmgard*
Melody Karmgard
U.S. Attorney's Office