**U.S. Department of Justice**
United States Attorney
District of Arizona

Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449

Main: (602) 514-7500
Main Fax: (602) 514-7693

March 2, 2020

**FILED VIA ECF**

Molly Dwyer, Clerk of the Court
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, California 94103-1526

**Re:** ***Lezmond Charles Mitchell v. United States of America,*** No. 18-17031
D. Ct. Nos. 3:09-cv-08089-DGC, 3:01-cr-01062-DGC
Case Submitted After Oral Argument on December 13, 2019
Panel: Sandra S. Ikuta, Morgan B. Christen, and Andrew D. Hurwitz, JJ.
FRAP 28(j) Citation of Supplemental Authorities

Dear Ms. Dwyer,

Pursuant to FRAP 28(j), the United States wishes to advise the Court of an additional citation relevant to the arguments at pages 14, 18-21, and 33-34 of the Answering Brief, which cite *In re Robinson*, 917 F.3d 856 (5th Cir. 2019).

In *Robinson*, also a capital case, the Fifth Circuit affirmed the district court's denial of the inmate's Rule 60(b)(6) motion, which similarly claimed a right to interview jurors based on *Peña-Rodriguez v. Colorado*, 137 S.Ct. 855 (2017). The Fifth Circuit concluded that "this claim is best viewed as a second or successive § 2255 motion." *In re Robinson*, 917 F.3d at 865-66. The Fifth Circuit declined to authorize such a second-or-successive motion, reasoning that "Robinson fails to make the requisite *prima facie* showing of possible merit necessary," where "[o]ver the past seventeen years, Robinson has proffered absolutely no evidence of juror misconduct or bias." *Id.* at 869.

The defendant in *Robinson* filed a petition for writ of certiorari in the United States Supreme Court, arguing that "barring criminal defendants from access to their trial jurors, particularly in death penalty cases, contradicts this court's decision in *Peña-Rodriguez v. Colorado*." *See Julius O. Robinson v. United States*, No. 19-5535 (U.S.), Petition for Writ of Certiorari, page 15, available at https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/19-5535.html.

On February 24, 2020, the Supreme Court denied certiorari. *See Julius O. Robinson v. United States*, No. 19-5535, --- S.Ct. ----, 2020 WL 872217 (U.S. Feb. 24, 2020). No Justice noted dissent from the denial of certiorari. *See id.*

I respectfully request that you distribute a copy of this letter to the members of the Court considering this case.

Respectfully,

MICHAEL BAILEY
United States Attorney
District of Arizona

KRISSA M. LANHAM
Appellate Chief

*s/ William G. Voit*
WILLIAM G. VOIT
Assistant United States Attorney

## CERTIFICATE OF COMPLIANCE

Pursuant to FRAP 28(j) and Circuit Rule 28-6, I hereby certify that the body of the foregoing letter does not exceed 350 words.

*s/ William G. Voit*
WILLIAM G. VOIT
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/ Tammie R. Holm*
Tammie R. Holm
U.S. Attorney's Office