UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEZMOND C. MITCHELL,<br>AKA Lezmond Charles Mitchell,<br><br>Petitioner-Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent-Appellee. | C.A. No. 18-17031<br><br>D. Ct. No. 3:09-cv-08089-DGC<br>Criminal Case No. 3:01-cr-01062-DGC<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>**(Capital Case)** |

The United States respectfully moves for leave to file the attached Sur-Reply to Mitchell's Motion to Enforce Stay of Execution and to Strike the August 26, 2020 Execution Date. In Mitchell's reply brief to that motion, filed last night, he makes a new argument not raised in his motion (namely, that the Court "stay its mandate until Mitchell's clemency petition is decided"). (Dkt. 50 at 8.) Mitchell's reply brief acknowledges that he "has included this new form of relief in his reply" and states, "[a]s a result, Mitchell does not oppose the Government's filing of a surreply, if needed, assuming a surreply is limited to the question of staying the mandate until Mitchell receives a decision on his clemency petition." (Dkt. 50 at 10 n.2.)

In the interest of allowing the Court to resolve all outstanding matters as expeditiously as possible, the United States has drafted the attached sur-reply on that issue on an expedited basis. The United States respectfully moves for leave to file

the sur-reply for the Court's consideration, to the extent the Court intends to consider the argument raised for the first time in Mitchell's reply.

MICHAEL BAILEY
United States Attorney
District of Arizona

KRISSA M. LANHAM
Appellate Division Chief

*s/ William G. Voit*
WILLIAM G. VOIT
Assistant U.S. Attorney

## CERTIFICATE OF CONSULTATION

Consistent with the Circuit Advisory Committee Note to Rule 27-1, I certify that counsel for the United States consulted with counsel for the Petitioner-Appellant regarding his position on this motion. Opposing counsel stated that the Petitioner-Appellant does not oppose this motion.

August 6, 2020
Date

*s/ William G. Voit*
WILLIAM G. VOIT
Assistant U.S. Attorney

## CERTIFICATE OF COMPLIANCE

Pursuant to Circuit Rule 27-1(1)(d), I certify that the foregoing motion does not exceed 20 pages.

August 6, 2020
Date

*s/ William G. Voit*
WILLIAM G. VOIT
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*s/ William G. Voit*
WILLIAM G. VOIT
Assistant U.S. Attorney