# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 18, 2020

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Lezmond Charles Mitchell
v. United States
No. 20-5398
(Your No. 18-17031)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 13, 2020 and placed on the docket August 18, 2020 as No. 20-5398.

Sincerely,

**Scott S. Harris**, Clerk

by

Jeffrey Atkins
Deputy Clerk